UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 3 1 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CONOCO, INC. and CONOCO SPECIALTY PRODUCTS, INC., §§§§§ Plaintiffs, §§ v. §§§ ENERGY & ENVIRONMENTAL INTERNATIONAL, L.C., GERALD B. EATON, RONALD N. GRABOIS, and MICHAEL MONAHAN, §§§§§§ Defendants. § | CIVIL ACTION NO. H-01-4242 |

## FINAL JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law signed this date, the Court now believes that final judgment should be entered. The Court therefore ORDERS the following:

1. Defendant, Energy & Environmental International, L.C. ("EEI") has infringed Claim 1 of United States Patent No. 5,244,937.

2. EEI has infringed Claims 1-3 of United States Patent No. 6,172,151.

3. EEI's infringement was not willful.

4. Plaintiffs shall recover from EEI damages in the amount of $8,895,985.00.

5. Each incremental portion of the Plaintiff's damages awarded herein shall bear pre-judgment interest at the rate of 3.38% per annum calculated from the various dates of accrual in accordance with the Court's Findings of Fact and Conclusions of Law.

6. The amounts awarded herein shall bear post-judgment interest from the date of this judgment until paid at the rate of 3.38%.

7. EEI shall cease all manufacturing, offers for sale, and sales of its infringing HIPR slurry drag reducing agent product effective immediately.

8. Plaintiffs' claims against the remaining individual defendants, Gerald B. Eaton and Ronald N. Grabois, are hereby DISMISSED with prejudice.

This is a FINAL JUDGMENT.

Signed this 31st day of March, 2005.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE